■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYBON C., Appellant. [64 NYS3d 524]—Judgment, Supreme Court, Bronx County (Marc J. Whiten, J.), rendered September 10, 2015, unanimously affirmed.

Although we find that defendant did not make a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Gische, J.P., Kapnick, Oing and Moulton, JJ.